IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIDY TANG, individually and on behalf of a class, ) ) ) Plaintiff, ) ) v. ) ) ENHANCED RECOVERY COMPANY, LLC, ) ) Defendant. ) | Case No. 2010 cv 06501 |

## NOTICE OF FILING

To:    Curtis C. Warner                             Alexander H. Burke
        Warner Law Firm, LLC                   Burke Law Offices, LLC
        Millennium Park Plaza                   155 N. Michigan Avenue, Suite 9020
        155 N. Michigan Avenue, Suite 560     Chicago, Illinois 60601
        Chicago, Illinois 60601

     PLEASE TAKE NOTICE that on November 22, 2010, we caused to be filed with the Clerk of the United States District Court For the Northern District of Illinois, via ECF System, Defendant Enhanced Recovery Company, LLC's Answer and Affirmative Defenses To Plaintiff's Complaint, a copy of which you will find attached hereto and hereby served upon you.

                                                        Bronson & Kahn LLC

                                                         By: /s/ David A. Shapiro
                                                             David A. Shapiro

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, certifies that the above Notice of Filing and attachment referred to therein were served on all parties listed in said Notice by CM/ECF System on November 22, 2010.

                                                          By: /s/ David A. Shapiro
                                                             David A. Shapiro

David A. Shapiro
Bronson & Kahn LLC
150 North Wacker Drive, Suite 1400
Chicago, IL 60606
(312) 553-1700