# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6501 | **DATE** | 12/2/2010 |
| **CASE TITLE** | Tang vs. Enhanced Recovery | | |

**DOCKET ENTRY TEXT**

This case is consolidated for all purposes with 10 C 5469.  No further entries are to be made in case 10 C 6501.  Motion for class certification (4) is terminated as moot, as it will be considered in case 10 C 5469.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|